PD NO: 0008-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

Granted to April 8, 2015 PC 3-30-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

KAREN PATRICIA BOWIE

V

THE STATE OF TEXAS

FROM APPEAL NO: 05-13-00306-CR

TRIAL CAUSE NO: 380-8148-2011

Collin County, TEXAS

THIRD MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL
APPEALS:

COMES NOW, KAREN PATRICIA BOWIE, PETITIONER, and respectfully moves this Court to receive this Motion for an extension of forty-five (45) days in which to file for Petition for Discretionary Review. In support of this Motion Petitioner will show:

FILED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

I

The Petitioner was convicted of the first degree felony offense of Theft of Stolen Property over $200,000.00 and sentenced by the Jury to 80 Years TDCJ. in CAUSE NUMBER 380-8148-2011 on February 1, 2013 in the 380th Judicial District Court of Collin County, TEXAS. THE Honorable Benjamin N. Smith, Presiding.

Petitioner's replacement court appointed Counsel submitted an Ander's Brief, without consent of Petitioner, to the Court of Appeals for the Fifth District of Dallas on April 9, 2014. The case was affirmed and modified on November 24, 2014.

## II.

Petitioner, with a heavy heart has been unable to complete this Petition for Discretionary Review within the time extension granted by this Honorable Court. Petitioner is still seeking to find Counsel to assist in her legal needs but has yet to find an appellate lawyer in the State of Texas. Petitioner is from Maine and Canada and knows only of the attorneys during her trial. Petitioners chosen Appellate Counsel withdrew due to family decline in health by father and newly appointed Counsel filed Anders Brief rather than Appellate Brief without consent of Petitioner. Chosen Appellate Counsel was Preparing Brief for he had "identified a number of issues deemed worthy of reversal inclusive of the verdict being contrary to the evidence and the law for no evidence was adduced to support the jury's verdict, as a matter of law, to show evidence of element of Property appropriation from named complaintants was taken without owners' effective consent."

## III

Due to have yet found Counsel, Petitioner had taken initiative to research filing pro se Petition for Discretionary Review in the event

Counsel could not be found. Petitioner continues to diligently prepare to submit a Pro se Petition and seeks this Motion for an Extension to Complete her Pro se Petition for Discretionary Review. Petitioners request for extension is based upon the following facts: (1) The Anders Brief filed by replacement Counsel is contradictive to the Appellate Brief Appellate Counsel and Trial Counsel, William Schultz, intended to file; (2) Petitioners research has also identified additional Constitutional violations to be added to trial court errors and; (3) there is no law library access at Crain Unit for Satellite units - law library delivers only three items every 24 hours after previous items are returned; as such limited access creates extensive time and; (4) Petitioner is not a legal aid or a lawyer and her knowledge is limited regarding Texas Criminal Law and Constitutional Law. Research is encumbered and the Process is slow.

## IV

For the reasons stated above, Petitioner, respectfully requests an additional forty-five days from this date of March 24, 2015, to complete Pro se Petition for Discretionary Review in Support of the Honorable Court of Criminal Appeals review of the Honorable Court of Appeals decision

WHEREFORE, Petitioner Prays this Court Grant this third Motion and extend the deadline date for filing the Petition for Discretionary Review

in Case No: 05-00306 CR, PD-0008-15 until
May 6, 2015.

Karen Patricia Bowie
Petitioner, Pro Se
Karen Patricia Bowie
TDCJ # 1839441
Christina Mellon-Crain Unit
Sycamore-2A-3
1401 State School Road
Gatesville, Texas 76599

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing time extension of the "Third Motion for Extension of Time To File A Petition for Discretionary Review" has been forwarded by First Class U.S. Mail to The Clerk of the Court, Court of Criminal Appeals, 12308 Post Office Box, Capitol Station, Austin, Texas 78711 on this 24th day of March, 2015

Karen Patricia Bowie
PETITIONER PRO SE
KAREN PATRICIA BOWIE

I, KAREN PATRICIA BOWIE, TDCJ # 189441, being Presently incarcerated in the Christina Mellon Crain Unit of the Texas Department of Criminal Justice in Coreyell County, Texas and declare under Penalty of Perjury that the foregoing statements are true and correct. Execution on this 24th day of March, 2015.

Karen Patricia Bowie
PETITIONER PRO SE
KAREN PATRICIA BOWIE